UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RONALD BISHOP, #12008596,

                Plaintiff,

                ORDER
  -against-                13-CV-2764(SJF)(ARL)

SGT. CALLAHN, Gang Unit Sgt., CAPT. GILIO,
OFFICER THOMAS, Mail Room Officer, JOHN/JANE
DOE Grievance Officers,
                Defendants.
----------------------------------------------------------------X
FEUERSTEIN, District Judge:

    By Order dated July 9, 2013, the Court granted the application of incarcerated pro se plaintiff Ronald Bishop ("plaintiff") to proceed in forma pauperis and dismissed the complaint without prejudice and with leave to amend. In accordance with the Court's Order, plaintiff filed an amended complaint on July 24, 2013. Upon review of the amended complaint, the Court declines to find at this early stage that the claims for relief therein are implausible. See 28 U.S.C. § 1915(e)(2)(B). Accordingly, the Court orders service of the summonses and amended complaint forthwith. The Clerk of the Court is directed to forward copies of the summonses, the amended complaint and this Order to the United States Marshal Service ("USMS") for service upon the defendants. See 28 U.S.C. § 1915(d).

    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

SO ORDERED.

                                  s/ Sandra J. Feuerstein
                                  Sandra J. Feuerstein
                                  United States District Judge

Dated:    July 29, 2013
           Central Islip, New York